908

No. 81–772. READER'S DIGEST ASSN., INC. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–775. NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND *v.* BUNNELL ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–783. TECLAW *v.* WATT, SECRETARY OF THE INTERIOR. C. A. D. C. Cir. Certiorari denied.

No. 81–812. WALKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–828. CRUDE CO. ET AL. *v.* UNITED STATES;
No. 81–936. GOSS ET AL. *v.* UNITED STATES;
No. 81–952. CORBITT *v.* UNITED STATES; and
No. 81–962. FISHER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 646 F. 2d 946.

No. 81–830. GIESEY *v.* DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–849. SPRECHER *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 81–860. YAPALATER *v.* BATES, WESTCHESTER COUNTY COMMISSIONER OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–873. STRZELECKI ET AL. *v.* SWEATLOCK ET AL. Super. Ct. Pa. Certiorari denied.

No. 81–937. DEER PARK MEDICAL GROUP, P.A., MONEY PURCHASE PENSION PLAN *v.* WINCHELL. C. A. 4th Cir. Certiorari denied.